UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-06732 JAK (ASx)<br>LA CV22-04497 JAK (ASx) | Date | January 8, 2024 |
|---|---|---|---|
| Title | Kevin Murphy v. Fusion Learning, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Wil Wilcox |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Cathy Gonzalez<br>Matthew Moen | Scott Witlin |

**Proceedings:** **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 49)**

The motion hearing is held. The Court confers with counsel regarding the status of the case.

Pursuant to the Court's prior text-only order, *see* Dkt. 52, Plaintiff shall file materials in support of the proposed award of attorney's fees on or before January 10, 2024. Pursuant to the parties' agreement, a stipulation to consolidate the related actions and for leave to file an amended complaint shall be filed no later than January 22, 2024. On or before January 22, 2024, counsel shall also file a joint statement with a proposed schedule for the notice period, a hearing date for the anticipated final approval motion and deadlines for briefing that would precede that hearing.

The Court continues the hearing to January 29, 2024, at 8:30 a.m., with a specific time to be determined once the calendar issues for that date. The hearing will proceed via zoom. After the filings on January 22, 2024, it will be determined whether the hearing will be taken off calendar, with the present motion taken under submission.

**IT IS SO ORDERED.**

| | : | 15 |
|---|---|---|
| Initials of Preparer | TJ | |