UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-06732 JAK (ASx)<br>LA CV22-04497 JAK (ASx) | | Date | January 8, 2024 |
|---|---|---|---|---|
| Title | Kevin Murphy v. Fusion Learning, Inc., et al. | | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Holidae Crawford | Suzanne McKennon |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Cathy Gonzalez<br>Matthew Moen | Scott Witlin<br>Rochelle Calderon |

**Proceedings:** **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 49)**

The continued hearing on the motion is held by video conference. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court confers with counsel regarding the stipulation to file the First Amended Complaint and provides its tentative views as to the new matters raised since the prior hearing on this motion, including the data submitted as to attorney's fees. A separate order will issue that includes preliminarily approved ranges for attorney's fees and incentive awards as stated at the hearing.

In light of the expected issuance of the order on the motion, and with the concurrence of counsel, the following deadlines are set:

| Event | Date |
|---|---|
| Defendants to provide Class Data to Settlement Administrator no later than: | February 19, 2024 |
| Settlement Administrator to mail the Class Notice to the Settlement Class Members no later than: | March 4, 2024 |
| Deadline for Class Members to submit disputes, request exclusion from, or object to the Settlement: | May 6, 2024 |
| Deadline for Plaintiffs to file Motion for Final Approval of Class Action Settlement, Motion for Attorneys' Fees and Costs: | May 20, 2024 |
| Deadline for any Opposition to Motion for Final Approval of Class Action Settlement, Motion for Attorneys' Fees and Costs: | June 10, 2024 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-06732 JAK (ASx)<br>LA CV22-04497 JAK (ASx) | Date | January 8, 2024 |
|---|---|---|---|
| Title | Kevin Murphy v. Fusion Learning, Inc., et al. | | |

| Deadline for any Reply to Motion for Final Approval of Class Action Settlement, Motion for Attorneys' Fees and Costs: | June 17, 2024 |
|---|---|
| Final Approval Hearing | July 8, 2024 at 8:30 a.m., with the final time to be set when the calendar for that date issues |

**IT IS SO ORDERED.**

                                                                    :    12

                                            Initials of Preparer    HC